UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| CARMEN GRANUCCI, | ) | Case No. 13-18089 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tues., May 10, 2016 |
| Debtor. | ) | @ 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, May 10, 2016** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Janet A. Baer or any other Judge sitting in her stead, in **courtroom 615,** of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Final Compensation and Expenses,** a copy of which is hereby served upon you.

By:  /s/ Norman B. Newman
     Norman B. Newman, Chapter 7 Trustee

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on April 7, 2016.

/s/ Norman B. Newman
Norman B. Newman

## SERVICE LIST FOR CARMEN GRANUCCI

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Carmen Granucci
7940 W. Grand Avenue
Apt. 304
Elmwood Park, IL 60707

Richard Bass
Law Offices of Richard Bass
2021 Midwest Road
Oak Brook, IL 60523

Ryan McNulty
Schiff & Gorman
1 East Wacker Drive, Suite 2850
Chicago, IL 60601

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GRANUCCI, CARMEN | ) | Case No. 13-18089 |
| | ) | |
| Debtor. | ) | Hon. JANET S. BAER |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To: THE HONORABLE JANET S. BAER

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $4,800.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $40,500.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 3,550.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 4,800.00 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: March 10, 2016

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Carmen Granucci
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/01/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010964.0009**

13 - Trustee Matters

**FEES THROUGH FEBRUARY 29, 2016**

| Date | Atty. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/13 | NBN | Review filed application to employ special counsel and correspondences with attorney regarding same. | 605.00 | 0.40 | 242.00 |
| 03/31/15 | NBN | Meet with F. Dosunmu regarding settlement of personal injury claims. | 625.00 | 0.20 | 125.00 |
| 04/01/15 | NBN | Meet with F. Dosunmu regarding settlement motion. | 625.00 | 0.20 | 125.00 |
| 04/03/15 | NBN | Correspondences with R. McNulty regarding meeting on 4/7 to discuss settlement. | 625.00 | 0.20 | 125.00 |
| 07/06/15 | NBN | Review cost breakdown for settlement of personal injury claims. | 625.00 | 0.30 | 187.50 |
| 08/07/15 | NBN | Prepare claim bar date request. | 625.00 | 0.20 | 125.00 |
| 08/10/15 | NBN | Review claim bar date notice(.20); discussion with F. Dosunmu regarding settlement hearing tomorrow (.20). | 625.00 | 0.40 | 250.00 |
| 08/12/15 | NBN | Review notice of claim bar date. | 625.00 | 0.20 | 125.00 |
| 08/13/15 | NBN | Review IRS proof of claim. | 625.00 | 0.20 | 125.00 |
| 08/31/15 | NBN | Review claims of Capitol One (.10); correspondences with R. McNulty regarding settlement funds (.20). | 625.00 | 0.30 | 187.50 |
| 09/01/15 | NBN | Correspondences with R. McNulty regarding sending one settlement check and Geico payment. | 625.00 | 0.30 | 187.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Carmen Granucci
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **03/01/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010964.0009**

13 - Trustee Matters

| Date | Atty. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/03/15 | NBN | Correspondences with R. McNulty regarding endorsing settlement checks. | 625.00 | 0.20 | 125.00 |
| 09/10/15 | NBN | Deposit settlement proceeds (.20); review order approving settlement and distributions (.30). | 625.00 | 0.50 | 312.50 |
| 09/11/15 | NXS | Open bank account and deposited checks received as payment on account of personal injury actions. | 170.00 | 0.30 | 51.00 |
| 09/18/15 | NBN | Letter to R. McNulty and issue checks regarding settlement and Court order. | 625.00 | 0.30 | 187.50 |
| 10/09/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 11/06/15 | NBN | Review claim register. | 625.00 | 0.20 | 125.00 |
| 11/09/15 | NBN | Review withdrawal of claim by IRS; review claim register. | 625.00 | 0.30 | 187.50 |
| 11/10/15 | NBN | Review updated claim register. | 625.00 | 0.20 | 125.00 |
| 11/10/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 11/11/15 | NBN | Review updated claims register. | 625.00 | 0.20 | 125.00 |
| 12/08/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 01/14/16 | NXS | Reconcile bank statements. | 175.00 | 0.20 | 35.00 |
| 02/10/16 | NXS | Reconcile bank accounts. | 175.00 | 0.20 | 35.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.