UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| CARMEN GRANUCCI, | ) | Case No. 13-18089 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tues., May 10, 2016 |
| Debtor. | ) | @ 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, May 10, 2016** at **10:00 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Janet A. Baer or any other Judge sitting in her stead, in **courtroom 615**, of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee Attorneys for the Allowance of Final Compensation and Expenses,** a copy of which is hereby served upon you.

By:  /s/ Norman B. Newman
Norman B. Newman, not individually but solely as
Chapter 7 Trustee for the estate of Carmen Granucci

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on April 7, 2016.

 /s/ Norman B. Newman
Norman B. Newman

6197366_1

## **SERVICE LIST FOR CARMEN GRANUCCI**

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Carmen Granucci
7940 W. Grand Avenue
Apt. 304
Elmwood Park, IL 60707

Richard Bass
Law Offices of Richard Bass
2021 Midwest Road
Oak Brook, IL 60523

Ryan McNulty
Schiff & Gorman
1 East Wacker Drive, Suite 2850
Chicago, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| CARMEN GRANUCCI, | ) | Case No. 13-18089 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tues., May 10, 2016 |
| Debtor. | ) | @ 10:00 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE**
**ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period August 5, 2013 through March 1, 2016. In support of this Application, Much Shelist respectfully states as follows:

1. On April 30, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On August 19, 2013, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. A majority of the legal services rendered in this matter were provided by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services. Much Shelist is not requesting compensation for the services delineated on Exhibit "A". Mr. Newman is filing a separate application for the allowance of Trustee compensation.

2

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4. Much Shelist provided 28.00 hrs. hours of services on behalf of the Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.20 hrs. | $640.00/hr. | $768.00 |
| Norman B. Newman | 13.00 hrs. | $625.00/hr. | 8,125.00 |
| Norman B. Newman | 2.60 hrs. | $605.00/hr. | 1,573.00 |
| Jeffrey M. Schwartz | 3.10 hrs. | $560.00/hr. | 1,736.00 |
| Folarin S. Dosunmu | 7.90 hrs. | $385.00/hr. | 3,041.50 |
|  |  |  |  |
| **Paralegal** |  |  |  |
| Sandy Holstrom | 1.40 hrs. | $200.00/hr. | 280.00 |
|  |  |  |  |
| **TOTAL** | **29.20 hrs.** |  | **$15,523.50** |

5. Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

6. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

3

7.      During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A.      **Employment of Professionals (Tab B-1)**: A total of 4.90 hours of time was expended by Much Shelist with the preparation of pleadings and appearances in Court on the Trustee's Motion to Employ Attorneys and the Trustee's Motion to Employ Special Counsel. The individuals who provided services in connection with the Employment of Professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.80 hrs. | $605.00/hr. | $1,089.00 |
| Jeffrey M. Schwartz | 3.10 hrs. | $560.00/hr. | $1,736.00 |
|  |  |  |  |
| **TOTAL:** | **4.90 hrs.** |  | **$2,825.00** |

B.      **Disposition of Assets (Tab B-2)**: A total of 22.70 hours of time was expended by Much Shelist in connection with the Disposition of Assets. At the section 341 meeting, the Debtor informed the Trustee of two personal injury claims resulting from two separate motor vehicle accidents (the "Personal Injury Claims"). Counsel engaged in telephonic communications with the Trustee's special counsel regarding the filing of the lawsuits, the status of the mediation and the potential settlement of the Personal Injury Claims. Time was spent researching the Health Care Services Lien Act regarding potential effects of post-petition claims and liens asserted, as well as, specific ownership of those claims.

Due to the Debtor's various medical expenses, liens were asserted against the Debtor by the following medical services providers: (i) Loyola University Health System/Gottlieb Memorial Hospital/NCC Financial Services; (ii) Dr. Tom A. Karnezis and Illinois Orthopedic & Hand Center; and (iii) Center for Medicare & Medicaid Services (the "Medical Liens"). Counsel engaged in numerous telephonic and written communications with special counsel regarding

4

negotiating settlements of the Medical Liens and releases thereof as a part of the settlement of the Personal Injury Claims. The Personal Injury Claims were settled for $52,000. Time was spent preparing the Trustee's Motion Approving Settlement Agreements Resolving the Personal Injury Claims and appearing in Court on same. The Trustee made a settlement with the Debtor with respect to her personal injury exemption claim. The Trustee paid $11,500 to the Debtor in full satisfaction of her exemption claim out of the proceeds of the settlement of the Personal Injury Claims. After paying the medical lien claimants, the Trustee's special counsel and the Debtor's exemption claim, the Trustee received approximately $9,600.00 for the benefit of this estate.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| **Attorney** | **Hours Expended** | **Hourly Rate** | **Amount** |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $605.00/hr. | $484.00 |
| Norman B. Newman | 12.60 hrs. | $625.00/hr. | 7,875.00 |
| Folarin S. Dosunmu | 7.90 hrs. | $385.00/hr. | 3,041.50 |
| | | | |
| **Paralegal** | | | |
| Sandy Holstrom | 1.40 hrs. | $200.00/hr. | 280.00 |
| | | | |
| **TOTAL:** | **22.70 hrs.** | | **$11,680.50** |

C. **Claims Administration/Analysis (Tab B-3)**: Norman B. Newman expended .20 hours of time for a total of $125.00 spent reviewing the withdrawal of the Internal Revenue Service claim.

D. **Tax Issues (Tab B-4)**: Norman B. Newman expended .20 hours of time for a total of $125.00 corresponding with the Internal Revenue Service regarding missing tax returns.

E. **Fee Applications (Tab B-5)**: Much Shelist expended 1.20 hrs. dealing with the preparation of this fee application and the accountant's fee application. Time was spent

5

reviewing time entries/invoices for each applicant. The individual who provided services in connection with Fee Applications and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.20 hrs. | $640.00/hr. | $768.00 |
|  |  |  |  |
| **TOTAL:** | **1.20 hrs.** |  | **$768.00** |

8.    During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $471.10. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9.    The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter. Much Shelist understands that the Trustee is not holding sufficient funds to pay the requested compensation in full. Much Shelist is willing to accept a pro-rata payment of the available funds.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1.    Granting this Application and awarding Much Shelist final compensation in the amount of $15,523.50 plus reimbursement of out-of-pocket expenses in the amount of $471.10 for services rendered during the period August 5, 2015 through March 1, 2016.

2.    Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

7

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                              )
                                    )   Chapter 7
CARMEN GRANUCCI,                    )   Case No. 13-18089
                                    )   Hon. Janet A. Baer
                                    )
         Debtor.                    )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:                              Much Shelist, P.C.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:           August 19, 2013

Period for which compensation is sought:        August 5, 2013 through March 1, 2016

Amount of fees sought:                          $15,523.50

Amount of expense reimbursement sought:         $471.10

Retainer previously received:                   $0.00

This is a(n):        Interim Application ___        Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|

   The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  4/7/16                              **MUCH SHELIST, P.C.**

                                            By: /s/Norman B. Newman

6197366_1