**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRANUCCI, CARMEN    § Case No. 13-18089
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,000.00    Assets Exempt: $15,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,226.90    Claims Discharged
                Without Payment: $1,859.47

Total Expenses of Administration: $29,273.10

---

  3) Total gross receipts of $ 52,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 11,500.00 (see **Exhibit 2**), yielded net receipts of $40,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $12,000.00 | $11,226.90 | $11,226.90 | $11,226.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 40,578.46 | 40,578.46 | 29,273.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,800.00 | 2,203.69 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,326.00 | 1,859.47 | 1,859.47 | 0.00 |
| **TOTAL DISBURSEMENTS** | $31,126.00 | $55,868.52 | $53,664.83 | $40,500.00 |

4) This case was originally filed under Chapter 7 on April 30, 2013. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016          By: /s/NORMAN NEWMAN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto Accident-Injury Claim 1/30/13 (14 L 2031) | 1129-000 | 26,000.00 |
| Auto Accident-Injury Claim 11/12/12 (14 L 2031) | 1129-000 | 26,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$52,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carmen Granucci | Payment in Full Settlement of Debtor's Exemption | 8100-002 | 11,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$11,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Financial Services | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| | Loyola University Health System/Gottlieb Memorial | 4210-000 | N/A | 313.79 | 313.79 | 313.79 |
| | Dr. Tom A. Karnezis | 4210-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| | Center for Medicare & Medicaid Services | 4210-000 | N/A | 913.11 | 913.11 | 913.11 |
| **TOTAL SECURED CLAIMS** | | | **$12,000.00** | **$11,226.90** | **$11,226.90** | **$11,226.90** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 4,800.00 | 4,800.00 | 2,190.39 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 471.10 | 471.10 | 214.98 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 15,523.50 | 15,523.50 | 7,083.87 |
| Ryan McNulty | 3991-000 | N/A | 19,647.62 | 19,647.62 | 19,647.62 |
| Rabobank, N.A. | 2600-000 | N/A | 39.88 | 39.88 | 39.88 |
| Rabobank, N.A. | 2600-000 | N/A | 28.01 | 28.01 | 28.01 |
| Rabobank, N.A. | 2600-000 | N/A | 13.28 | 13.28 | 13.28 |
| Rabobank, N.A. | 2600-000 | N/A | 15.10 | 15.10 | 15.10 |
| Rabobank, N.A. | 2600-000 | N/A | 13.21 | 13.21 | 13.21 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 13.57 | 13.57 | 13.57 |
| Rabobank, N.A. | 2600-000 | N/A | 13.19 | 13.19 | 13.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $40,578.46 | $40,578.46 | $29,273.10 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 2,100.00 | 2,203.69 | 0.00 | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 550.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,800.00 | $2,203.69 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 970.00 | 553.39 | 553.39 | 0.00 |
| 3 | Portfolio Recovery Associates, by | 7100-000 | 2,612.00 | 1,306.08 | 1,306.08 | 0.00 |
| NOTFILED | Midwest Imaging Professionals | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | OAC RE: Alliance Pathology | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors Inc. RE: Physician Anesthesia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Clinical Imaging PC | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| NOTFILED | Optimum Outcomes Inc. RE: Alexian Brothers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola Univ Phyisician Fdn | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | PayDay Loan Store of Il, Inc. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola Medicine | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Service RE: Elk Grove Radiology | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia Assoc, SC | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Solutions RCS RE: Alexian Bros Health | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Solutions RCS RE: Alexian Bros Health | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen A. Madry MD SC | 7100-000 | 596.00 | N/A | N/A | 0.00 |
| NOTFILED | St Alexius Medical Center | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants LTD | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems Inc. RE: Stephen Madry MD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consult Woodstock | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia Assoc, SC | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia Assoc, SC | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Popular Community Bank | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia Assoc, SC | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Powers & Moon, LLC RE: Gottlieb Mem Hosp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Community Health Services | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 914.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 1,629.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 929.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Bros Medical Group | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 763.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 635.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| NOTFILED | 500 Fast Cash (Red Cedar Services) | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate RE: Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Ctr | 7100-000 | 137.00 | N/A | N/A | 0.00 |
| NOTFILED | Banco Popular RE Collection Dept | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Allilance Pathology Consultants | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 894.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 167.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 123.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology S.C. | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 806.00 | N/A | N/A | 0.00 |
| NOTFILED | Computer Credit Inc. RE: Alexian Brothers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclaycard Card Services | 7100-000 | 543.00 | N/A | N/A | 0.00 |
| NOTFILED | Computer Credit Inc. RE: Alexian Brothers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gottlieb Memorial Hospital | 7100-000 | 77.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County State Attorney RE: Bad Check Program | 7100-000 | 576.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$16,326.00** | **$1,859.47** | **$1,859.47** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-18089  **Trustee:** (330270) NORMAN NEWMAN
**Case Name:** GRANUCCI, CARMEN  **Filed (f) or Converted (c):** 04/30/13 (f)
 **§341(a) Meeting Date:** 06/20/13
**Period Ending:** 06/13/16  **Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash<br>    Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2  Checking Acct: Chase Bank<br>    Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3  Misc. used household goods & furnishings<br>    Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4  Misc used personal items, books & pictures<br>    Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Misc used personal clothing<br>    Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Auto Accident-Injury Claim 1/30/13 (14 L 2031) | Unknown | 0.00 | | 26,000.00 | FA |
| 7  Auto Accident-Injury Claim 11/12/12 (14 L 2031) | Unknown | 0.00 | | 26,000.00 | FA |
| 8  2008 Toyota Yaris<br>    Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$11,000.00** | **$0.00** | | **$52,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Prosecuting 2 personal injury cliams.

**Initial Projected Date Of Final Report (TFR):**  November 30, 2014  **Current Projected Date Of Final Report (TFR):**  April 7, 2016 (Actual)

Printed: 06/13/2016 11:38 AM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-18089
**Case Name:** GRANUCCI, CARMEN

**Taxpayer ID #:** **-***0245
**Period Ending:** 06/13/16

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** RABOBANK, N.A.
**Account:** ******4466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/15 | {7} | Geico General Insurance | Settlement of personal injury acation | 1129-000 | 26,000.00 | | 26,000.00 |
| 09/11/15 | {6} | Maiden Reinsurance Co. | Settlement of Personal Injury action | 1129-000 | 26,000.00 | | 52,000.00 |
| 09/18/15 | 101 | Carmen Granucci | Payment in Full Settlement of Debtor's Exemption | 8100-002 | | 11,500.00 | 40,500.00 |
| 09/18/15 | 102 | Ryan McNulty | Payment of Special Counsel Fees | 3991-000 | | 19,647.62 | 20,852.38 |
| 09/18/15 | 103 | Loyola University Health System/Gottlieb Memorial Hospital | Payment of Lien Held Against Debtor's Claim | 4210-000 | | 313.79 | 20,538.59 |
| 09/18/15 | 104 | Dr. Tom A. Karnezis | Payment of Lien Held Against Debtor's Claim | 4210-000 | | 10,000.00 | 10,538.59 |
| 09/18/15 | 105 | Center for Medicare & Medicaid Services | Payment of Lien held Against Debtor's Claim | 4210-000 | | 913.11 | 9,625.48 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.88 | 9,585.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.01 | 9,557.59 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 9,544.31 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 9,529.21 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.21 | 9,516.00 |
| 02/17/16 | 106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #13-18089, Bond #10BSBGR6291 | 2300-000 | | 13.57 | 9,502.43 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.19 | 9,489.24 |
| 05/10/16 | 107 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 45.63% on $4,800.00, Trustee Compensation; Reference: | 2100-000 | | 2,190.39 | 7,298.85 |
| 05/10/16 | 108 | MUCH SHELIST, P.C. | Dividend paid 45.63% on $471.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 214.98 | 7,083.87 |
| 05/10/16 | 109 | MUCH SHELIST, P.C. | Dividend paid 45.63% on $15,523.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,083.87 | 0.00 |
| | | | ACCOUNT TOTALS | | 52,000.00 | 52,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,000.00 | 52,000.00 | |
| | | | Less: Payments to Debtors | | | 11,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,000.00** | **$40,500.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-18089 | | **Trustee:** | NORMAN NEWMAN (330270) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GRANUCCI, CARMEN | | **Bank Name:** | RABOBANK, N.A. |
| | | | **Account:** | ******4466 - Checking Account |
| **Taxpayer ID #:** | **-***0245 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 06/13/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******4466** | | 52,000.00 | 40,500.00 | 0.00 |
| | | | | | $52,000.00 | $40,500.00 | $0.00 |

{} Asset reference(s)

Printed: 06/13/2016 11:38 AM      V.13.25